UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>RYAN T. HARMON,<br><br>Defendant(s) | Case Number: 17-CR-40003-JPG |

### ORDER

THIS MATTER is before the Court on the Federal Public Defender's Motion to Withdraw (Doc. # 21) and the Court having been fully advised in the premises finds that the Motion to Withdraw is granted and new counsel appointed.

IT IS SO ORDERED

Dated this 18th day of April, 2017.

*s/J. Phil Gilbert*
J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE